**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICARDO VEGA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC., a Virginia corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-03597-DJC-CSK<br><br>**ORDER GRANTING STIPULATION TO FURTHER EXTEND DEFENDANT OLD DOMINION FREIGHT LINE, INC.'S TIME TO RESPOND TO COMPLAINT TO FACILITATE POTENTIAL EARLY RESOLUTION** |

### ORDER

Having reviewed and considered the Parties' Stipulation to Further Extend Defendant Old Dominion Freight Line, Inc.'s Deadline to Respond to Complaint to Facilitate Early Resolution (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is GRANTED as follows, using the same defined terms as defined and used in the Stipulation:

1.  Defendant's time within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiff's Complaint shall be and hereby is extended by thirty (30) days, to and including February 17, 2026; and

2.  By entering into the Stipulation, the Parties do not waive and expressly reserve all rights, claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's Complaint and/or the claims asserted therein.

**IT IS SO ORDERED.**

Dated: January 14, 2026                  /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE