# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

RICARDO VEGA, an individual,

        Plaintiff,

    v.

OLD DOMINION FREIGHT LINE, INC., a Virginia corporation; and DOES 1 through 10, inclusive,

        Defendants.

CASE NO. 2:25-cv-03597-DJC-CSK

**ORDER GRANTING SECOND STIPULATION TO (1) CONTINUE DEADLINE FOR SUBMISSION OF JOINT STATUS REPORT AND (2) FURTHER EXTEND DEFENDANT OLD DOMINION FREIGHT LINE, INC.'S TIME TO RESPOND TO COMPLAINT TO FACILITATE ONGOING SETTLEMENT DISCUSSIONS**

**ORDER**

Having reviewed and considered the Parties' Second Stipulation to (1) Continue Deadline for Submission of Joint Status Report and (2) Further Extend Defendant Old Dominion Freight Line, Inc.'s Deadline to Respond to Complaint to Facilitate Ongoing Settlement Discussions (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is GRANTED as follows, using the same defined terms as defined and used in the Stipulation:

1.  The Parties' deadline to conduct their early conference of counsel and to file their Joint Status Report shall be and hereby is continued by 21 days, to and including April 17, 2026; and

2.  Defendant's time within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiff's Complaint shall be and hereby is extended by 21 days, to and including April 9, 2026; and

3.  By entering into the Stipulation, the Parties do not waive and expressly reserve all rights, claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's Complaint and/or the claims asserted therein.

**IT IS SO ORDERED.**

Dated: March 16, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND STIPULATION TO (1) CONTINUE DEADLINE FOR SUBMISSION OF JOINT STATUS REPORT AND (2) FURTHER EXTEND DEFENDANT OLD DOMINION FREIGHT LINE, INC.'S TIME TO RESPOND TO COMPLAINT TO FACILITATE ONGOING SETTLEMENT DISCUSSIONS