# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VEGA, an individual, | CASE NO. 2:25-cv-03597-DJC-CSK |
| Plaintiff, | **ORDER GRANTING STIPULATION TO FURTHER EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PENDING FILING OF FIRST AMENDED COMPLAINT** |
| v. | |
| OLD DOMINION FREIGHT LINE, INC., a Virginia corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

## <u>ORDER</u>

Having reviewed and considered the Parties' Stipulation to Further Extend Defendant's Time to Respond to Complaint Pending Filing of First Amended Complaint (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is GRANTED as follows, using the same defined terms as defined and used in the Stipulation:

1. The Parties will submit a Stipulation and Order granting Plaintiff leave to file a FAC, or Plaintiff will file an application to the Court for such leave, on or before May 21, 2026;

2. Defendant's deadline to serve and file any answer, motions, or other pleadings responsive to Plaintiff's Complaint shall be and hereby is extended to and including May 21, 2026;

3. If, however, no Stipulation and Order or application for leave to file a FAC is filed on or before May 21, 2026, then Defendant's deadline to serve and file any answer, motions, or other pleadings responsive to Plaintiff's Complaint shall be and hereby is extended to and including June 11, 2026; and

4. By entering into the Stipulation, the Parties do not waive and expressly reserve all of their respective rights, claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's Complaint, any subsequent complaint and/or the claims asserted therein.

**IT IS SO ORDERED.**

Dated:  April 29, 2026                                  /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE