**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICARDO VEGA,<br><br>    Plaintiff,<br><br>      v.<br><br>OLD DOMINION FREIGHT LINE INC.,<br><br>    Defendant. | Case No.:    2:25-cv-03597-DJC-CSK<br><br>**ORDER GRANTING STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSIVE PLEADING THERETO**<br><br>Assigned to: District Judge Daniel J. Calabretta<br>Referred to: Magistrate Judge Chi Soo Kim |

ORDER GRANTING STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO
EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSIVE PLEADING THERETO

# **ORDER**

Having reviewed and considered the Parties' Stipulation for Leave to File First Amended Complaint and to Extend Time for Defendant to File its Responsive Pleading Thereto (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is GRANTED as follows, using the same defined terms as defined and used in the Stipulation:

1. Plaintiff is hereby granted leave to file the proposed FAC attached to the Stipulation as Exhibit A.

2. Plaintiff shall file the FAC as a separate document in the Court's CM/ECF System within seven (7) days of entry of this Order.

3. Defendant's deadline to serve and file any answer, motions, or other pleadings responsive to Plaintiff's FAC shall be and hereby is extended to twenty-one (21) days after Plaintiff files the FAC.

4. By entering into the Stipulation, the Parties do not waive and expressly reserve all of their respective rights, claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's FAC, any subsequent complaint and/or the claims asserted therein.

**IT IS SO ORDERED.**

Dated:  May 21, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSIVE PLEADING THERETO